IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GERRI SAVORY,<br><br>    Plaintiff,<br><br>vs.<br><br>WALGREEN CO. d/b/a Walgreens #09242, JOHN DOES 1–3, and DOE BUSINESS ENTITIES 1–3;<br><br>    Defendant. | CV 23-128-M-DWM<br><br>ORDER |

The Parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own attorneys fees and costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 25th day of September, 2024.

_____
Donald W. Molloy, District Judge
United States District Court